In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Certain of Its Limited Powers with Respect to a Mortgage Covering Premises Known as 167–173 East Seventy-eighth Street, Borough of Manhattan, City, County and State of New York, Securing Mortgage Investments Issued and Guaranteed by Lawyers Title and Guaranty Company and Designated as Mortgage No. 426,810.

E. A. L. MORTGAGE COMPANY and THIRLEX REALTY CORPORATION, Appellants; LOUIS A. GREEN, as Trustee of Series 426,810 of Lawyers Title and Guaranty Company, MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Promulgating Certificate Holders, and ARTHUR J. ALBERT, Trustee u/w of HERBERT COWPERTHWAIT, Respondents.

First Department, December 3, 1937.

558

*Alexander G. Scheer* of counsel [*Benjamin H. Stern* with him on the brief; *Stern & Reubens*, attorneys], for the appellants.

*Thomas Keogh* of counsel [*Joseph L. Maged* with him on the brief, for Louis A. Green, as trustee, etc.; *Louis Timberg* with him on the brief; *Maurice Finkelstein*, attorney, for Mortgage Commission of the State of New York], for the respondents.

PER CURIAM. Under the circumstances presented, the appellants' interpretation of the plan of reorganization as approved by order entered May 19, 1937, was the proper one.

The order appealed from should be reversed, with twenty dollars costs and disbursements, and the motion denied.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, DORE and COHN, JJ.

Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied.